# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:13-CR-041-RJC-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| YILONG SUN (1), ) | |
| BIANCA GRAGG (2), ) | |
| Defendants. ) | |

**UPON MOTION** of the United States of America to withdraw its previously filed motion to unseal the Bill of Indictment and arrest Warrants (Document No. 6) in this case, because the need to protect their secrecy still exists, the motion to withdraw is granted, and

IT IS HEREBY ORDERED that the Bill of Indictment and arrest Warrants in this matter remain SEALED until further order of this Court.

IT IS FURTHER ORDERED that the various sealing and unsealing motions and orders be, and remain, SEALED until further order of this Court.

The Clerk is directed to certify two copies of this Order to the United States Attorney's Office and to email a copy of the order to Steven-Kaufman@usdoj.gov.

**SO ORDERED**.

Signed: February 25, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.