IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:13-cr-41-RJC |
| v. | *UNDER SEAL* |
| (1) YILONG SUN  (2) BIANCA GRAGG | |

## ORDER UNSEALING BILL OF INDICTMENT AND WARRANTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment and arrest Warrants be unsealed, because there is no longer a need to protect their secrecy,

IT IS HEREBY ORDERED that the Bill of Indictment and arrest Warrants in this matter be UNSEALED, but that the various sealing and unsealing motions and orders remained SEALED until further order of this Court.

The Clerk is directed to email a copy of the order to Assistant U.S. Attorney Steven Kaufman at Steven.Kaufman@usdoj.gov.

SO ORDERED this 23rd day of May 2013.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE